**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PRIMO BRANDS CORPORATION, ROBBERT RIETBROEK, DAVID HASS, JASON AUSHER, C. DEAN METROPOULOS, KURTIS BARKER, BRITTA BOMHARD, SUSAN E. CATES, MICHAEL J. CRAMER, ERIC J. FOSS, JERRY FOWDEN, TONY W. LEE, BILLY D. PRIM, KIMBERLY REED, JOSEPH ROSENBERG, ALLISON SPECTOR, STEVEN P. STANBROOK, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, BARCLAYS CAPITAL INC., BMO CAPITAL MARKETS CORP., DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, GOLDMAN SACHS & CO. LLC, MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC,<br><br>[Caption continued on next page] | **Case No. 8:25-cv-03328-JLB-AAS**<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT HAMPTON ROADS SHIPPING ASSOCIATION – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION MOTION TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u> |

TRUIST SECURITIES, INC.,
WILLIAM BLAIR & COMPANY,
L.L.C., DREXEL HAMILTON, LLC,
LOOP CAPITAL MARKETS LLC,
and TRITON WATER PARENT
HOLDINGS, LP,

                    Defendants.

Laurence M. Rosen, hereby declares under penalty of perjury:

1.     I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., Proposed Lead Counsel for Lead Plaintiff Movant Hampton Roads Shipping Association – International Longshoremen's Association ("Movant"). I make this Declaration in support of the motion by Movant for appointment as Lead Plaintiff and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA Certification.

2

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: January 12, 2026.

/s/Laurence M. Rosen
Laurence M. Rosen

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen

Laurence M. Rosen
