# EXHIBIT 1





Nov 12, 2025 8:55 PM Eastern Standard Time

# Grant & Eisenhofer Files Class Action Lawsuit Against Primo Brands Corp.

Share

NEW YORK--(BUSINESS WIRE)--Today, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of Stuart Rosenblum against Primo Brands Corporation ("Primo Brands" or the "Company") and three of the Company's senior executives and directors, including CFO David Hass, Director C. Dean Metropoulos, and former CEO Robbert Rietbroek (collectively, the "Defendants"). The action alleges that Defendants defrauded investors by making materially false and/or misleading statements and by failing to disclose materially adverse facts concerning the merger between Primo Water Corporation ("Primo Water") and an affiliate of BlueTriton Brands, Inc. ("BlueTriton Brands"), which together formed Primo Brands.

> *The action alleges that Defendants defrauded investors by making materially false and/or misleading statements and by failing to disclose materially adverse facts concerning the merger between Primo Water Corporation ("Primo Water") and an affiliate.*
>
>  Share

The action is brought on behalf of all persons or entities who purchased or acquired (i) the common stock of Primo Water between June 17, 2024 through November 8, 2024, inclusive, and/or (ii) the common stock of Primo Brands between November 11, 2024 through November 6, 2025, inclusive (collectively, the "Class Period"). The action, brought in the United States District Court for the District of Connecticut, is captioned *Stuart Rosenblum v. Primo Brands Corp., et al.*, No. 3:25-cv-01902 (D. Conn.).

Primo Brands, formed following the November 8, 2024 merger between Primo Water and BlueTriton Brands, is a branded beverage company that offers beverage

products across a variety of formats, channels, and price points.

The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Specifically, the lawsuit alleges that throughout the Class Period, Defendants misrepresented and failed to disclose key facts about the merger between Primo Water and BlueTriton Brands, including facts regarding the progress of the merger integration. Defendants issued a series of materially false and misleading statements that led investors to believe the merger would accelerate growth, generate transformative operational efficiencies, achieve meaningful synergies, and deliver strong financial results, and that the merger integration was proceeding "flawlessly."

Investors began to learn the truth on August 7, 2025 when the Company announced its second quarter 2025 earnings, revealing that the merger had "led to disruptions in product supply, delivery, and service." In response to this disclosure, the price of the Company's common stock declined approximately 9%, from $26.41 per share on August 6, 2025 to $24.00 per share on August 7, 2025.

The truth was fully revealed on November 6, 2025, when the Company stunned investors by slashing its full year 2025 net sales and adjusted EBITDA guidance and announcing the replacement of CEO Rietbroek. During a conference call held that day, newly appointed CEO Eric Foss admitted that Primo Brands "probably moved too far too fast on some of the various integration work streams" and that "[t]here's no doubt that speed impacted our ability to get through a lot of the warehouse closures and route realignment without disruption." Foss further revealed "customer services issues" as well as "integration issues related to the technology move over." On this news, the price of the Company's common stock declined more than 36%, from a close of $22.66 per share on November 5, 2025, to close at $14.46 per share on November 7, 2025. From the Company's Class Period stock price closing high of $35.63 per share on April 3, 2025, Primo Brands' stock price dropped $21.17 per share, or nearly 60%, erasing billions of dollars from the Company's market capitalization.

Investors who purchased or acquired Primo Water's and/or Primo Brands' common stock during the Class Period are members of this proposed Class and may be able to seek appointment as lead plaintiff, which is a court-appointed representative of the Class, by complying with the relevant provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. Section 78u-4(a)(2)(A)(i)-(iv).

If you wish to serve as lead plaintiff, **you must move the Court by no later than January 12, 2026**. You do not need to seek to become a lead plaintiff in order to share in any possible recovery. You may also retain counsel of your choice to represent you in this action.

If you wish to discuss this action or have any questions concerning this notice or your rights, please contact Vincent J. Pontrello at Grant & Eisenhofer at 646-722-8500, or via email at vpontrello@gelaw.com.

## Contacts

Vincent J. Pontrello
Grant & Eisenhofer P.A.
Tel.: (646) 722-8500
vpontrello@gelaw.com

---

**Industry:**    Class Action Lawsuit    Professional Services    Legal

**GRANT & EISENHOFER P.A.**

⬈ NYSE:PRMB

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Vincent J. Pontrello
Grant & Eisenhofer P.A.
Tel.: (646) 722-8500
vpontrello@gelaw.com

# More News From Grant & Eisenhofer P.A.

🔊 Get RSS Feed

### Grant & Eisenhofer Files Securities Class Action Lawsuit Against Canadian Imperial Bank of Commerce and Royal Bank of Canada on behalf of investors in Quantum Biopharma Ltd. Securities

NEW YORK--(BUSINESS WIRE)--On December 19, 2025, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of Paul Durkacz against the Canadian Imperial Bank of Commerce ("CIBC") and Royal Bank of Canada ("RBC"), and their broker-dealer subsidiaries (together, the...

### Grant & Eisenhofer Files Class Action Lawsuit Against Citadel Securities LLC and Virtu Americas LLC

NEW YORK--(BUSINESS WIRE)--On November 14, 2025, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of Genius Group Limited ("Genius") against Citadel Securities LLC ("Citadel") and Virtu Americas LLC ("Virtu") (together, the "Defendants"). The action alleges tha...

### Grant & Eisenhofer Files Class Action Lawsuit Against Inspire Medical Systems, Inc.

NEW YORK--(BUSINESS WIRE)--Today, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of City of Pontiac Reestablished General Employees' Retirement System against Inspire Medical Systems, Inc. ("Inspire Medical" or the "Company") and three of the Company's senior...

Back to Newsroom →