# EXHIBIT 2

# CERTIFICATION

The undersigned, on behalf of Hampton Roads Shipping Association – International Longshoremen's Association ("HRSA-ILA), hereby certifies, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint and authorize the filing thereof and the filing of a lead plaintiff motion on behalf of HRSA-ILA.

2.  HRSA-ILA did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.  HRSA-ILA is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.  The Schedule A hereto, is a list of all of the purchases and sales HRSA-ILA has made in Primo Brands Corporation securities during the class period.

5.  HRSA-ILA has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following companies:

*State Teachers Retirement System of Ohio et al v. ZoomInfo Technologies Inc., et al.,*
Case No. 3:24-cv-05739-TMC (W.D. Wash.)
*HRSA-ILA Funds v. Adidas AG, et al.,*
Case No. 3:23-cv-00629-IM (D. Ore.)

6.  HRSA-ILA will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Hampton Roads Shipping Association – International
Longshoremen's Association

Signature: _____
By:           Steven J. Greene
Title:        Administrator

Date:        12/15/2025

## SCHEDULE A

## CLASS PERIOD TRANSACTIONS

| PURCHASES | | |
| --- | --- | --- |
| Date | Shares | Price per Share |
| 06/25/2025 | 33,022 | $29.72 |

| SALES | | |
| --- | --- | --- |
| Date | Shares | Price per Share |
| 8/15/2025 | 3,335 | $24.61 |