# EXHIBIT 3

**Primo Brands Corporation Loss Chart**
**Class Period:  June 17, 2024 through November 6, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $16.18 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| HRSA-ILA | 2025-06-25 | 33,022 | ($29.72) | ($981,413.84) | 2025-08-15 | 3,335 | $24.61 | $82,074.35 | | | | |
| | | **33,022** | | **($981,413.84)** | | **3,335** | | **$82,074.35** | **29,687** | **$480,335.66** | **($419,003.83)** | |