## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

CITY OF MIAMI FIRE FIGHTERS'
AND POLICE OFFICERS'
RETIREMENT TRUST, individually
and on behalf of all
others similarly situated,

          Plaintiff,

    vs.

PRIMO BRANDS CORPORATION,
ROBBERT RIETBROEK, DAVID
HASS, JASON AUSHER, C. DEAN
METROPOULOS, KURTIS
BARKER, BRITTA BOMHARD,
SUSAN E. CATES, MICHAEL J.
CRAMER, ERIC J. FOSS, JERRY
FOWDEN, TONY W. LEE, BILLY D.
PRIM, KIMBERLY REED, JOSEPH
ROSENBERG, ALLISON SPECTOR,
STEVEN P. STANBROOK,
MORGAN STANLEY & CO. LLC,
BOFA SECURITIES, INC., J.P.
MORGAN SECURITIES LLC, RBC
CAPITAL MARKETS, LLC,
BARCLAYS CAPITAL INC., BMO
CAPITAL MARKETS CORP.,
DEUTSCHE BANK SECURITIES
INC., JEFFERIES LLC, GOLDMAN
SACHS & CO. LLC, MIZUHO
SECURITIES USA LLC, TD
SECURITIES (USA) LLC, TRUIST
SECURITIES, INC., WILLIAM
BLAIR & COMPANY, L.L.C.,
DREXEL HAMILTON, LLC, LOOP
CAPITAL MARKETS LLC, and
TRITON WATER PARENT
HOLDINGS, LP,

          Defendants.

Case No.: 8:25-cv-03328-JLB-AAS

Hon. John L. Badalamenti

Hon. Amanda Arnold Sansone

CLASS ACTION

**DECLARATION OF LESTER R.
HOOKER IN SUPPORT OF THE
MOTION OF THE FLORIDA
SAFETY  FUNDS FOR
APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL**

ORAL ARGUMENT REQUESTED

I, Lester R. Hooker, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Florida and this Court.  I am a Director with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"), City of Orlando Firefighters' Pension Fund ("Orlando Firefighters"), and City of Orlando Police Officers' Pension Fund ("Orlando Police," and together with Orlando Firefighters, "Orlando," and collectively with Miami FIPO, the "Florida Safety Funds")  and proposed Lead Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of the Florida Safety Funds for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:    The Florida Safety Funds' sworn certifications, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:    A chart reflecting the Florida Safety Funds' transactions and estimated losses;

EXHIBIT C:    Joint Declaration of the Florida Safety Funds;

EXHIBIT D:    Notices of pendency of class actions, published on *BusinessWire* on November 12, 2025, and on *GlobeNewswire* on December 5, 2025; and

1

EXHIBIT E:    Firm resume of Saxena White P.A.


I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 12th day of January 2026.

*/s/ Lester R. Hooker*
Lester R. Hooker