EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Dania Orta, on behalf of City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed and authorized the filing of a complaint against Primo Brands Corporation ("Primo Brands"), arising from materially false and misleading statements made to investors concerning the merger of Primo Water Corporation ("Primo Water") and an affiliate of BlueTriton Brands, Inc., that alleges violations of the federal securities laws. I am authorized in my capacity as Administrator of Miami FIPO to initiate litigation and to execute this Certification on behalf of Miami FIPO. Miami FIPO has authorized the filing of a motion for lead plaintiff appointment in this action or any related action.

2. Miami FIPO did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Miami FIPO is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Miami FIPO's transactions in Primo Water and/or Primo Brands common stock during the Class Period are set forth in the attached Schedule A.

5. Miami FIPO has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Operating Eng'rs Constr. Indus. & Misc. Pension Fund v. Neogen Corp.*, No. 1:25-cv-0802 (W.D. Mich.);

   *Nixon v. CVS Health Corp.*, No. 1:24-cv-5303 (S.D.N.Y.); and

   *Oakland Cnty. Voluntary Emps' Beneficiary Assoc. v. Generac Holdings Inc.*, No. 2:22-cv-1436 (E.D. Wis.) (named plaintiff).

6. Miami FIPO has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *Baxter v. MongoDB, Inc.*, No. 1:24-cv-5191 (S.D.N.Y.); and

   *West Palm Beach Police Pension Fund v. Leslie's Inc.*, No. 2:23-cv-1887 (D. Ariz).

1

7. Miami FIPO will not accept any payment for serving as a representative party on behalf of the Class beyond Miami FIPO's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __31__ day of December, 2025.

*City of Miami Fire Fighters' and Police Officers' Retirement Trust*

Dania Orta, Administrator

2

**SCHEDULE A**
**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
**Transactions in Primo Brands Corporation**

| Common Stock Purchases | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 11/26/24 | 267 | $28.3056 |
| 11/27/24 | 99 | $28.4150 |
| 11/27/24 | 172 | $28.6207 |
| 11/27/24 | 88 | $28.6300 |
| 11/29/24 | 53 | $28.5244 |
| 11/29/24 | 294 | $28.5441 |
| 12/02/24 | 421 | $29.3612 |
| 12/02/24 | 580 | $29.5390 |
| 12/03/24 | 983 | $29.3007 |
| 12/03/24 | 57 | $29.0200 |
| 12/04/24 | 663 | $29.6732 |
| 12/05/24 | 501 | $29.6020 |
| 12/06/24 | 480 | $29.9441 |
| 12/09/24 | 1,034 | $31.4681 |
| 12/10/24 | 667 | $30.9968 |
| 12/10/24 | 262 | $31.1891 |
| 12/11/24 | 439 | $31.5802 |
| 12/12/24 | 416 | $31.7972 |
| 02/03/25 | 67 | $33.2287 |
| 02/28/25 | 706 | $33.2437 |
| 02/28/25 | 32 | $33.1750 |
| 02/28/25 | 46 | $33.2850 |
| 03/03/25 | 72 | $33.1224 |
| 03/03/25 | 1,051 | $33.1224 |
| 03/04/25 | 49 | $32.7160 |
| 03/04/25 | 22 | $32.7160 |
| 03/11/25* | 4,780 | $29.5000 |
| 03/11/25 | 21 | $30.5400 |
| 04/04/25 | 12 | $33.5519 |
| 05/07/25 | 33 | $32.9856 |
| 06/13/25 | 2,308 | $29.5609 |
| 09/04/25 | 102 | $25.1998 |

| Common Stock Sales | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 08/07/25 | 2,814 | $23.5434 |
| 08/07/25 | 112 | $24.3850 |
| 09/15/25 | 265 | $23.2137 |
| 09/15/25 | 1,219 | $22.8735 |
| 09/15/25 | 1,682 | $22.8735 |

* Shares purchased in secondary public offering

3

## CERTIFICATION AND AUTHORIZATION

I, Shannon Hicks, as Executive Director of the City of Orlando Firefighters' Pension Fund ("Orlando Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint filed against Primo Brands Corporation ("Primo Brands"), arising from materially false and misleading statements made to investors concerning the merger of Primo Water Corporation ("Primo Water") and an affiliate of BlueTriton Brands, Inc., that alleges violations of the federal securities laws. I am authorized in my capacity as Executive Director of Orlando Firefighters to initiate litigation and to execute this Certification on behalf of Orlando Firefighters. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Orlando Firefighters.

2.  Orlando Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.  Orlando Firefighters is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Orlando Firefighters' transactions in Primo Water and/or Primo Brands common stock during the Class Period are set forth in the attached Schedule A.

5.  Orlando Firefighters has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Prime v. Manhattan Assocs., Inc.*, No. 1:25-cv-0992 (N.D. Ga.); and

    *Operating Eng'rs Constr. Indus. & Misc. Pension Fund v. Neogen Corp.*, No. 1:25-cv-0802 (W.D. Mich.).

6.  Orlando Firefighters has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *Building Trades Pension Fund of W. Pa. v. Avantor, Inc.*, No. 2:25-cv-6187 (E.D. Pa.).

7.  Orlando Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Orlando Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January, 2026.

*City of Orlando Firefighters' Pension Fund*

Shannon Hicks, Executive Director

## SCHEDULE A
### City of Orlando Firefighters' Pension Fund
### Transactions in Primo Brands Corporation

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 07/25/24 | 576.45 | $21.2400 |
| 07/25/24 | 107.02 | $21.2300 |
| 07/26/24 | 288.23 | $21.5517 |
| 07/29/24 | 749.91 | $21.3316 |
| 07/29/24 | 679.05 | $21.3607 |
| 07/30/24 | 167.18 | $21.7738 |
| 07/30/24 | 66.06 | $21.5661 |
| 07/30/24 | 55.73 | $21.6100 |
| 07/31/24 | 52.04 | $21.8081 |
| 07/31/24 | 818.18 | $21.9655 |
| 08/01/24 | 104.44 | $22.1602 |
| 08/01/24 | 54.62 | $22.0144 |
| 08/02/24 | 477.18 | $22.0533 |
| 08/05/24 | 126.95 | $21.4418 |
| 08/06/24 | 395.62 | $21.8380 |
| 08/08/24 | 181.94 | $21.1795 |
| 08/08/24 | 138.02 | $21.2990 |
| 08/09/24 | 272.73 | $21.5099 |
| 08/12/24 | 384.55 | $21.4837 |
| 08/13/24 | 240.99 | $21.5776 |
| 08/14/24 | 77.13 | $21.7547 |
| 08/16/24 | 19.19 | $22.0000 |
| 08/16/24 | 105.92 | $21.9321 |
| 08/19/24 | 157.58 | $22.0354 |
| 08/20/24 | 426.99 | $21.9617 |
| 08/21/24 | 109.98 | $22.0831 |
| 08/22/24 | 230.29 | $21.9980 |
| 08/23/24 | 1,688.03 | $21.8861 |
| 08/28/24 | 128.43 | $21.9450 |
| 08/29/24 | 73.81 | $22.0004 |
| 09/05/24 | 480.50 | $23.7509 |
| 09/06/24 | 500.80 | $23.3798 |
| 09/10/24 | 335.47 | $23.3670 |
| 09/11/24 | 107.76 | $22.8448 |
| 09/12/24 | 147.25 | $23.4991 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 04/02/25 | 536.23 | $34.8337 |
| 04/02/25 | 933.33 | $34.9286 |
| 04/03/25 | 266.82 | $34.7250 |
| 04/03/25 | 148.36 | $35.0468 |

3

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 09/13/24 | 488.25 | $23.9584 |
| 09/16/24 | 348.38 | $24.1790 |
| 09/17/24 | 240.25 | $24.7518 |
| 10/09/24 | 277.16 | $25.6638 |
| 10/09/24 | 1,148.85 | $25.6469 |
| 10/10/24 | 1,199.04 | $25.4651 |
| 10/11/24 | 235.08 | $25.3956 |
| 11/07/24 | 147.62 | $24.5172 |
| 11/07/24 | 545.09 | $24.5155 |
| 11/07/24 | 237.30 | $24.6688 |
| 11/08/24 | 297.08 | $24.7900 |
| 11/08/24 | 661.71 | $24.8012 |
| 11/08/24 | 3,324.03 | $24.4629 |
| 02/24/25 | 911.55 | $34.8299 |
| 02/24/25 | 705.25 | $34.7056 |
| 02/24/25 | 381.97 | $34.5370 |
| 02/25/25 | 217.37 | $34.3825 |
| 09/25/25 | 2,221.68 | $22.6100 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |

## CERTIFICATION AND AUTHORIZATION

I, Shannon Hicks, as Executive Director of the City of Orlando Police Officers' Pension Fund ("Orlando Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Primo Brands Corporation ("Primo Brands"), arising from materially false and misleading statements made to investors concerning the merger of Primo Water Corporation ("Primo Water") and an affiliate of BlueTriton Brands, Inc., that alleges violations of the federal securities laws. I am authorized in my capacity as Executive Director of Orlando Police to initiate litigation and to execute this Certification on behalf of Orlando Police. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Orlando Police.

2. Orlando Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Orlando Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Orlando Police's transactions in Primo Water and/or Primo Brands common stock during the Class Period are set forth in the attached Schedule A.

5. Orlando Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Prime v. Manhattan Assocs., Inc.*, No. 1:25-cv-0992 (N.D. Ga.); and

   *Operating Eng'rs Constr. Indus. & Misc. Pension Fund v. Neogen Corp.*, No. 1:25-cv-0802 (W.D. Mich.).

6. Orlando Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *Building Trades Pension Fund of W. Pa. v. Avantor, Inc.*, No. 2:25-cv-6187 (E.D. Pa.); and

   *City of Orlando Police Officers' Pension Fund v. Five Below, Inc.*, No. 2:24-cv-4905 (E.D. Pa.) (filed complaint).

1

7.      Orlando Police will not accept any payment for serving as a representative party on behalf of the Class beyond Orlando Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January, 2026.

*City of Orlando Police Officers' Pension Fund*

_____
Shannon Hicks, Executive Director

2

## SCHEDULE A
### City of Orlando Police Officers' Pension Fund
### Transactions in Primo Brands Corporation

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 07/25/24 | 795.26 | $21.2400 | | 04/02/25 | 739.77 | $34.8337 |
| 07/25/24 | 147.65 | $21.2300 | | 04/02/25 | 1,287.60 | $34.9286 |
| 07/26/24 | 397.63 | $21.5517 | | 04/03/25 | 368.10 | $34.7250 |
| 07/29/24 | 1,034.56 | $21.3316 | | 04/03/25 | 204.67 | $35.0468 |
| 07/29/24 | 936.80 | $21.3607 | | | | |
| 07/30/24 | 230.64 | $21.7738 | | | | |
| 07/30/24 | 91.13 | $21.5661 | | | | |
| 07/30/24 | 76.88 | $21.6100 | | | | |
| 07/31/24 | 71.79 | $21.8081 | | | | |
| 07/31/24 | 1,128.75 | $21.9655 | | | | |
| 08/01/24 | 144.08 | $22.1602 | | | | |
| 08/01/24 | 75.35 | $22.0144 | | | | |
| 08/02/24 | 658.31 | $22.0533 | | | | |
| 08/05/24 | 175.14 | $21.4418 | | | | |
| 08/06/24 | 545.79 | $21.8380 | | | | |
| 08/08/24 | 251.00 | $21.1795 | | | | |
| 08/08/24 | 190.42 | $21.2990 | | | | |
| 08/09/24 | 376.25 | $21.5099 | | | | |
| 08/12/24 | 530.52 | $21.4837 | | | | |
| 08/13/24 | 332.46 | $21.5776 | | | | |
| 08/14/24 | 106.41 | $21.7547 | | | | |
| 08/16/24 | 26.47 | $22.0000 | | | | |
| 08/16/24 | 146.12 | $21.9321 | | | | |
| 08/19/24 | 217.40 | $22.0354 | | | | |
| 08/20/24 | 589.07 | $21.9617 | | | | |
| 08/21/24 | 151.72 | $22.0831 | | | | |
| 08/22/24 | 317.70 | $21.9980 | | | | |
| 08/23/24 | 2,328.77 | $21.8861 | | | | |
| 08/28/24 | 177.18 | $21.9450 | | | | |
| 08/29/24 | 101.83 | $22.0004 | | | | |
| 09/05/24 | 662.89 | $23.7509 | | | | |
| 09/06/24 | 690.89 | $23.3798 | | | | |
| 09/10/24 | 462.80 | $23.3670 | | | | |
| 09/11/24 | 148.67 | $22.8448 | | | | |
| 09/12/24 | 203.14 | $23.4991 | | | | |

3

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 09/13/24 | 673.58 | $23.9584 |
| 09/16/24 | 480.62 | $24.1790 |
| 09/17/24 | 331.45 | $24.7518 |
| 10/09/24 | 382.36 | $25.6638 |
| 10/09/24 | 1,584.93 | $25.6469 |
| 10/10/24 | 1,654.17 | $25.4651 |
| 10/11/24 | 324.32 | $25.3956 |
| 11/07/24 | 203.65 | $24.5172 |
| 11/07/24 | 751.99 | $24.5155 |
| 11/07/24 | 327.37 | $24.6688 |
| 11/08/24 | 409.85 | $24.7900 |
| 11/08/24 | 912.87 | $24.8012 |
| 11/08/24 | 4,585.75 | $24.4629 |
| 02/24/25 | 1,257.56 | $34.8299 |
| 02/24/25 | 972.95 | $34.7056 |
| 02/24/25 | 526.95 | $34.5370 |
| 02/25/25 | 299.88 | $34.3825 |
| 09/25/25 | 3,064.98 | $22.6100 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |

4