EXHIBIT B

**Primo Brands Corporation and/or Primo Water Corporation**
**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
Class Period: 06/17/24 to 11/05/25
Lookback Price: $16.1758 (11/06/25 - 01/12/26)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 11/27/24 | 99 | $28.4150 | $2,813.09 | | | | | |
| Purchase | 11/27/24 | 172 | $28.6207 | $4,922.76 | | | | | |
| Purchase | 11/29/24 | 53 | $28.5244 | $1,511.79 | | | | | |
| Purchase | 11/29/24 | 294 | $28.5441 | $8,391.97 | | | | | |
| Purchase | 11/26/24 | 267 | $28.3056 | $7,557.60 | | | | | |
| Purchase | 11/27/24 | 88 | $28.6300 | $2,519.44 | | | | | |
| Purchase | 12/04/24 | 663 | $29.6732 | $19,673.33 | | | | | |
| Purchase | 12/03/24 | 983 | $29.3007 | $28,802.59 | | | | | |
| Purchase | 12/02/24 | 421 | $29.3612 | $12,361.07 | | | | | |
| Purchase | 12/06/24 | 480 | $29.9441 | $14,373.17 | | | | | |
| Purchase | 12/05/24 | 501 | $29.6020 | $14,830.60 | | | | | |
| Purchase | 12/02/24 | 580 | $29.5390 | $17,132.62 | | | | | |
| Purchase | 12/03/24 | 57 | $29.0200 | $1,654.14 | | | | | |
| Purchase | 12/10/24 | 667 | $30.9968 | $20,674.87 | | | | | |
| Purchase | 12/12/24 | 416 | $31.7972 | $13,227.64 | | | | | |
| Purchase | 12/11/24 | 439 | $31.5802 | $13,863.71 | | | | | |
| Purchase | 12/10/24 | 262 | $31.1891 | $8,171.54 | | | | | |
| Purchase | 12/09/24 | 1,034 | $31.4681 | $32,538.02 | | | | | |
| Purchase | 02/03/25 | 67 | $33.2287 | $2,226.32 | | | | | |
| Purchase | 02/28/25 | 706 | $33.2437 | $23,470.05 | | | | | |
| Purchase | 02/28/25 | 32 | $33.1750 | $1,061.60 | | | | | |
| Purchase | 02/28/25 | 46 | $33.2850 | $1,531.11 | | | | | |
| Purchase | 03/04/25 | 49 | $32.7160 | $1,603.08 | | | | | |
| Purchase | 03/03/25 | 72 | $33.1224 | $2,384.81 | | | | | |
| Purchase | 03/03/25 | 1,051 | $33.1224 | $34,811.64 | | | | | |
| Purchase | 03/04/25 | 22 | $32.7160 | $719.75 | Sale | 08/07/25 | 2,814 | $23.5434 | $66,251.13 |
| Purchase* | 03/11/25 | 4,780 | $29.5000 | $141,010.00 | Sale | 08/07/25 | 112 | $24.3850 | $2,731.12 |
| Purchase | 03/11/25 | 21 | $30.5400 | $641.34 | Sale | 09/15/25 | 265 | $23.2137 | $6,151.63 |
| Purchase | 04/04/25 | 12 | $33.5519 | $402.62 | Sale | 09/15/25 | 1,219 | $22.8735 | $27,882.80 |
| Purchase | 05/07/25 | 33 | $32.9856 | $1,088.52 | Sale | 09/15/25 | 1,682 | $22.8735 | $38,473.23 |
| Purchase | 06/13/25 | 2,308 | $29.5609 | $68,226.56 | | | | | |
| Purchase | 09/04/25 | 102 | $25.1998 | $2,570.38 | Retained | | 10,685 | $16.1758 | $172,838.19 |
| | | **16,777** | | **$506,767.72** | | | **16,777** | | **$314,328.09** |

LIFO Gain/(Loss) for City of Miami Fire Fighters' and Police Officers' Retirement Trust: **($192,439.64)**

*Purchased in Secondary offering at $29.50 offer price*

**Section 11 Damages**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| SPO Purchase | 03/11/25 | 4,780 | $29.5000 | $141,010.00 | Retained | 12/05/25 | 4,780 | $15.8700 | $75,858.60 |
| | | **4,780** | | **$141,010.00** | | | **4,780** | | **$75,858.60** |

Sec. 11 Damages for City of Miami Fire Fighters' and Police Officers' Retirement Trust: **($65,151.40)**

**Primo Brands Corporation and/or Primo Water Corporation**
**City of Orlando Firefighters' Pension Fund**
Class Period: 06/17/24 to 11/06/25
Lookback Price: $16.1758 (11/06/25 - 01/12/26)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0.00 | | | | | | | |
| | | | | | | | 0.00 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0.00 | | $0.00 |
| Purchase | 07/25/24 | 576.45 | $21.2400 | $12,243.90 | | | | | |
| Purchase | 07/25/24 | 107.02 | $21.2300 | $2,272.12 | | | | | |
| Purchase | 07/26/24 | 288.23 | $21.5517 | $6,211.79 | | | | | |
| Purchase | 07/29/24 | 749.91 | $21.3316 | $15,996.73 | | | | | |
| Purchase | 07/29/24 | 679.05 | $21.3607 | $14,504.99 | | | | | |
| Purchase | 07/30/24 | 167.18 | $21.7738 | $3,640.13 | | | | | |
| Purchase | 07/30/24 | 66.06 | $21.5661 | $1,424.65 | | | | | |
| Purchase | 07/30/24 | 55.73 | $21.6100 | $1,204.25 | | | | | |
| Purchase | 07/31/24 | 52.04 | $21.8081 | $1,134.80 | | | | | |
| Purchase | 07/31/24 | 818.18 | $21.9655 | $17,971.78 | | | | | |
| Purchase | 08/01/24 | 104.44 | $22.1602 | $2,314.43 | | | | | |
| Purchase | 08/01/24 | 54.62 | $22.0144 | $1,202.41 | | | | | |
| Purchase | 08/02/24 | 477.18 | $22.0533 | $10,523.41 | | | | | |
| Purchase | 08/05/24 | 126.95 | $21.4418 | $2,722.10 | | | | | |
| Purchase | 08/06/24 | 395.62 | $21.8380 | $8,639.56 | | | | | |
| Purchase | 08/08/24 | 181.94 | $21.1795 | $3,853.42 | | | | | |
| Purchase | 08/08/24 | 138.02 | $21.2990 | $2,939.78 | | | | | |
| Purchase | 08/09/24 | 272.73 | $21.5099 | $5,866.34 | | | | | |
| Purchase | 08/12/24 | 384.55 | $21.4837 | $8,261.54 | | | | | |
| Purchase | 08/13/24 | 240.99 | $21.5776 | $5,199.97 | | | | | |
| Purchase | 08/14/24 | 77.13 | $21.7547 | $1,677.97 | | | | | |
| Purchase | 08/16/24 | 19.19 | $22.0000 | $422.19 | | | | | |
| Purchase | 08/16/24 | 105.92 | $21.9321 | $2,322.98 | | | | | |
| Purchase | 08/19/24 | 157.58 | $22.0354 | $3,472.43 | | | | | |
| Purchase | 08/20/24 | 426.99 | $21.9617 | $9,377.42 | | | | | |
| Purchase | 08/21/24 | 109.98 | $22.0831 | $2,428.63 | | | | | |
| Purchase | 08/22/24 | 230.29 | $21.9980 | $5,065.85 | | | | | |
| Purchase | 08/23/24 | 1,688.03 | $21.8861 | $36,944.41 | | | | | |
| Purchase | 08/28/24 | 128.43 | $21.9450 | $2,818.38 | | | | | |
| Purchase | 08/29/24 | 73.81 | $22.0004 | $1,623.85 | | | | | |
| Purchase | 09/05/24 | 480.50 | $23.7509 | $11,412.35 | | | | | |
| Purchase | 09/06/24 | 500.80 | $23.3798 | $11,708.60 | | | | | |
| Purchase | 09/10/24 | 335.47 | $23.3670 | $7,838.83 | | | | | |
| Purchase | 09/11/24 | 107.76 | $22.8448 | $2,461.81 | | | | | |
| Purchase | 09/12/24 | 147.25 | $23.4991 | $3,460.26 | | | | | |
| Purchase | 09/13/24 | 488.25 | $23.9584 | $11,697.74 | | | | | |
| Purchase | 09/16/24 | 348.38 | $24.1790 | $8,423.54 | | | | | |
| Purchase | 09/17/24 | 240.25 | $24.7518 | $5,946.64 | | | | | |
| Purchase | 10/09/24 | 277.16 | $25.6638 | $7,112.87 | | | | | |
| Purchase | 10/09/24 | 1,148.85 | $25.6469 | $29,464.44 | | | | | |
| Purchase | 10/10/24 | 1,199.04 | $25.4651 | $30,533.69 | | | | | |
| Purchase | 10/11/24 | 235.08 | $25.3956 | $5,970.11 | | | | | |
| Purchase | 11/07/24 | 147.62 | $24.5172 | $3,619.22 | | | | | |
| Purchase | 11/07/24 | 545.09 | $24.5155 | $13,363.05 | | | | | |
| Purchase | 11/07/24 | 237.30 | $24.6688 | $5,853.87 | | | | | |
| Purchase | 11/08/24 | 297.08 | $24.7900 | $7,364.73 | | | | | |
| Purchase | 11/08/24 | 661.71 | $24.8012 | $16,411.08 | | | | | |
| Purchase | 11/08/24 | 3,324.03 | $24.4629 | $81,315.31 | Sale | 04/02/25 | 536.23 | $34.8337 | $18,678.82 |
| Purchase | 02/24/25 | 911.55 | $34.8299 | $31,749.24 | Sale | 04/02/25 | 933.33 | $34.9286 | $32,599.75 |
| Purchase | 02/24/25 | 705.25 | $34.7056 | $24,476.23 | Sale | 04/03/25 | 266.82 | $34.7250 | $9,265.41 |
| Purchase | 02/24/25 | 381.97 | $34.5370 | $13,191.96 | Sale | 04/03/25 | 148.36 | $35.0468 | $5,199.46 |
| Purchase | 02/25/25 | 217.37 | $34.3825 | $7,473.72 | | | | | |
| Purchase | 09/25/25 | 2,221.68 | $22.6100 | $50,232.09 | Retained | | 22,228.94 | $16.1758 | $359,570.35 |
| | | **24,113.67** | | **$585,363.58** | | | **24,113.67** | | **$425,313.79** |

**LIFO Gain/(Loss) for City of Orlando Firefighters' Pension Fund:**   <span style="color:red">**($160,049.78)**</span>

**Primo Brands Corporation and/or Primo Water Corporation**
**City of Orlando Police Officers' Pension Fund**
Class Period: 06/17/24 to 11/06/25
Lookback Price: $16.1758 (11/06/25 - 01/12/26)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0.00 | | | | | | | |
| | | | | | | | 0.00 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0.00 | | $0.00 |
| Purchase | 07/25/24 | 795.26 | $21.2400 | $16,891.42 | | | | | |
| Purchase | 07/25/24 | 147.65 | $21.2300 | $3,134.57 | | | | | |
| Purchase | 07/26/24 | 397.63 | $21.5517 | $8,569.65 | | | | | |
| Purchase | 07/29/24 | 1,034.56 | $21.3316 | $22,068.75 | | | | | |
| Purchase | 07/29/24 | 936.80 | $21.3607 | $20,010.78 | | | | | |
| Purchase | 07/30/24 | 230.64 | $21.7738 | $5,021.84 | | | | | |
| Purchase | 07/30/24 | 91.13 | $21.5661 | $1,965.42 | | | | | |
| Purchase | 07/30/24 | 76.88 | $21.6100 | $1,661.35 | | | | | |
| Purchase | 07/31/24 | 71.79 | $21.8081 | $1,565.55 | | | | | |
| Purchase | 07/31/24 | 1,128.75 | $21.9655 | $24,793.48 | | | | | |
| Purchase | 08/01/24 | 144.08 | $22.1602 | $3,192.94 | | | | | |
| Purchase | 08/01/24 | 75.35 | $22.0144 | $1,658.82 | | | | | |
| Purchase | 08/02/24 | 658.31 | $22.0533 | $14,517.87 | | | | | |
| Purchase | 08/05/24 | 175.14 | $21.4418 | $3,755.35 | | | | | |
| Purchase | 08/06/24 | 545.79 | $21.8380 | $11,918.96 | | | | | |
| Purchase | 08/08/24 | 251.00 | $21.1795 | $5,316.10 | | | | | |
| Purchase | 08/08/24 | 190.42 | $21.2990 | $4,055.66 | | | | | |
| Purchase | 08/09/24 | 376.25 | $21.5099 | $8,093.07 | | | | | |
| Purchase | 08/12/24 | 530.52 | $21.4837 | $11,397.44 | | | | | |
| Purchase | 08/13/24 | 332.46 | $21.5776 | $7,173.76 | | | | | |
| Purchase | 08/14/24 | 106.41 | $21.7547 | $2,314.89 | | | | | |
| Purchase | 08/16/24 | 26.47 | $22.0000 | $582.45 | | | | | |
| Purchase | 08/16/24 | 146.12 | $21.9321 | $3,204.74 | | | | | |
| Purchase | 08/19/24 | 217.40 | $22.0354 | $4,790.48 | | | | | |
| Purchase | 08/20/24 | 589.07 | $21.9617 | $12,936.89 | | | | | |
| Purchase | 08/21/24 | 151.72 | $22.0831 | $3,350.48 | | | | | |
| Purchase | 08/22/24 | 317.70 | $21.9980 | $6,988.73 | | | | | |
| Purchase | 08/23/24 | 2,328.77 | $21.8861 | $50,967.72 | | | | | |
| Purchase | 08/28/24 | 177.18 | $21.9450 | $3,888.17 | | | | | |
| Purchase | 08/29/24 | 101.83 | $22.0004 | $2,240.22 | | | | | |
| Purchase | 09/05/24 | 662.89 | $23.7509 | $15,744.24 | | | | | |
| Purchase | 09/06/24 | 690.89 | $23.3798 | $16,152.93 | | | | | |
| Purchase | 09/10/24 | 462.80 | $23.3670 | $10,814.28 | | | | | |
| Purchase | 09/11/24 | 148.67 | $22.8448 | $3,396.26 | | | | | |
| Purchase | 09/12/24 | 203.14 | $23.4991 | $4,773.70 | | | | | |
| Purchase | 09/13/24 | 673.58 | $23.9584 | $16,137.95 | | | | | |
| Purchase | 09/16/24 | 480.62 | $24.1790 | $11,620.93 | | | | | |
| Purchase | 09/17/24 | 331.45 | $24.7518 | $8,203.86 | | | | | |
| Purchase | 10/09/24 | 382.36 | $25.6638 | $9,812.77 | | | | | |
| Purchase | 10/09/24 | 1,584.93 | $25.6469 | $40,648.51 | | | | | |
| Purchase | 10/10/24 | 1,654.17 | $25.4651 | $42,123.63 | | | | | |
| Purchase | 10/11/24 | 324.32 | $25.3956 | $8,236.23 | | | | | |
| Purchase | 11/07/24 | 203.65 | $24.5172 | $4,993.00 | | | | | |
| Purchase | 11/07/24 | 751.99 | $24.5155 | $18,435.37 | | | | | |
| Purchase | 11/07/24 | 327.37 | $24.6688 | $8,075.88 | | | | | |
| Purchase | 11/08/24 | 409.85 | $24.7900 | $10,160.22 | | | | | |
| Purchase | 11/08/24 | 912.87 | $24.8012 | $22,640.38 | | | | | |
| Purchase | 11/08/24 | 4,585.75 | $24.4629 | $112,180.86 | Sale | 04/02/25 | 739.77 | $34.8337 | $25,768.90 |
| Purchase | 02/24/25 | 1,257.56 | $34.8299 | $43,800.58 | Sale | 04/02/25 | 1,287.60 | $34.9286 | $44,973.91 |
| Purchase | 02/24/25 | 972.95 | $34.7056 | $33,766.88 | Sale | 04/03/25 | 368.10 | $34.7250 | $12,782.36 |
| Purchase | 02/24/25 | 526.95 | $34.5370 | $18,199.34 | Sale | 04/03/25 | 204.67 | $35.0468 | $7,173.07 |
| Purchase | 02/25/25 | 299.88 | $34.3825 | $10,310.59 | | | | | |
| Purchase | 09/25/25 | 3,064.98 | $22.6100 | $69,299.12 | Retained | | 30,666.57 | $16.1758 | $496,055.56 |
| | | **33,266.70** | | **$807,555.06** | | | **33,266.70** | | **$586,753.80** |

**LIFO Gain/(Loss) for City of Orlando Police Officers' Pension Fund:** <span style="color:red">**($220,801.26)**</span>

*Sec. 10(b) Losses*

| Florida Safety Funds | Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| City of Miami Fire Fighters' and Police Officers' Retirement Trust | 16,777 | 10,685 | ($365,277.82) | ($192,439.64) |
| City of Orlando Firefighters' Pension Fund | 24,113.67 | 22,228.94 | ($519,620.13) | ($160,049.78) |
| City of Orlando Police Officers' Pension Fund | 33,266.70 | 30,666.57 | ($716,856.81) | ($220,801.26) |
| **Total** | **74,157.38** | **63,580.50** | **($1,601,754.77)** | **($573,290.68)** |

*Sec. 11 Damages*

| Florida Safety Funds | SPO Shares Purchased | Sec. 11 Damages |
|---|---|---|
| City of Miami Fire Fighters' and Police Officers' Retirement Trust | 4,780 | ($65,151.40) |
| City of Orlando Firefighters' Pension Fund | n/a | n/a |
| City of Orlando Police Officers' Pension Fund | n/a | n/a |
| **Total** | **4,780** | **($65,151.40)** |