UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>PRIMO BRANDS CORPORATION, et al.,<br><br>    Defendants. | No. 8:25-cv-03328-JLB-AAS<br><br>CLASS ACTION<br><br>DECLARATION OF ROBERT J. ROBBINS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

4903-2671-8342.v1

I, Robert J. Robbins, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Florida and this Court.  I am a partner with Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Providence Employees Retirement System (collectively, the "Funds and ERS").  I make this declaration in support of the Funds and ERS' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit A:   Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on November 12, 2025;

Exhibit B:   Notice of pendency of the above-captioned action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on December 5, 2025;

Exhibit C:   The Funds and ERS' Certifications;

Exhibit D:   Estimate of the Funds and ERS' losses, prepared by counsel; and

Exhibit E:   Joint Declaration in Support of Lead Plaintiff Motion.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2026.

s/Robert J. Robbins
_____
ROBERT J. ROBBINS

4903-2671-8342.v1