# EXHIBIT D

Movants' Purchases and Losses — Class Period: 11/11/2024 - 11/06/2025 — Primo Brands Corp.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds - Pension Fund** | 11/26/2024 | 2,752 | $28.49 | $78,417.13 | 08/07/2025 | 486 | $23.03 | $11,192.58 | |
| | 11/27/2024 | 2,673 | $28.78 | $76,919.24 | 09/15/2025 | 9,653 | $22.74 | $219,470.09 | |
| | 11/29/2024 | 2,781 | $28.71 | $79,830.30 | held | 20,448 | $16.10 | $329,231.82 | |
| | 12/02/2024 | 2,291 | $29.72 | $68,077.49 | | | | | |
| | 12/03/2024 | 2,461 | $29.99 | $73,810.98 | | | | | |
| | 03/03/2025 | 4,837 | $33.32 | $161,148.31 | | | | | |
| | 03/11/2025 | 8,183 | $30.77 | $251,783.05 | | | | | |
| | 06/13/2025 | 4,609 | $29.65 | $136,644.42 | | | | | |
| | | **30,587** | | **$926,630.92** | | **30,587** | | **$559,894.49** | **($366,736.43)** |
| **Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds - Annuity Fund** | 11/26/2024 | 2,024 | $28.49 | $57,673.06 | 08/07/2025 | 359 | $23.03 | $8,267.77 | |
| | 11/27/2024 | 1,966 | $28.78 | $56,574.35 | 09/15/2025 | 7,100 | $22.74 | $161,425.22 | |
| | 11/29/2024 | 2,046 | $28.71 | $58,731.68 | held | 15,039 | $16.10 | $242,141.89 | |
| | 12/02/2024 | 1,685 | $29.72 | $50,070.09 | | | | | |
| | 12/03/2024 | 1,810 | $29.99 | $54,286.01 | | | | | |
| | 03/03/2025 | 3,559 | $33.32 | $118,570.78 | | | | | |
| | 03/11/2025 | 6,020 | $30.77 | $185,229.63 | | | | | |
| | 06/13/2025 | 3,388 | $29.65 | $100,445.06 | | | | | |
| | | **22,498** | | **$681,580.65** | | **22,498** | | **$411,834.88** | **($269,745.77)** |
| **Providence Employees Retirement System** | 11/26/2024 | 104 | $28.31 | $2,943.78 | 08/07/2025 | 44 | $24.39 | $1,072.94 | |
| | 11/27/2024 | 34 | $28.63 | $973.42 | 08/07/2025 | 1,095 | $23.54 | $25,780.02 | |
| | 11/27/2024 | 38 | $28.42 | $1,079.77 | 09/15/2025 | 103 | $23.21 | $2,391.01 | |
| | 11/27/2024 | 68 | $28.62 | $1,946.21 | 09/15/2025 | 475 | $22.87 | $10,864.91 | |
| | 11/29/2024 | 21 | $28.52 | $599.01 | 09/15/2025 | 656 | $22.87 | $15,005.02 | |
| | 11/29/2024 | 114 | $28.54 | $3,254.03 | held | 4,192 | $16.10 | $67,495.10 | |
| | 12/02/2024 | 164 | $29.36 | $4,815.24 | | | | | |
| | 12/02/2024 | 226 | $29.54 | $6,675.81 | | | | | |
| | 12/03/2024 | 22 | $29.02 | $638.44 | | | | | |
| | 12/03/2024 | 384 | $29.30 | $11,251.47 | | | | | |
| | 12/04/2024 | 258 | $29.67 | $7,655.69 | | | | | |
| | 12/05/2024 | 195 | $29.60 | $5,772.39 | | | | | |
| | 12/06/2024 | 187 | $29.94 | $5,599.55 | | | | | |
| | 12/09/2024 | 404 | $31.47 | $12,713.11 | | | | | |
| | 12/10/2024 | 102 | $31.19 | $3,181.29 | | | | | |
| | 12/10/2024 | 261 | $31.00 | $8,090.16 | | | | | |
| | 12/11/2024 | 171 | $31.58 | $5,400.21 | | | | | |

Movants' Purchases and Losses    Case 8:25-cv-03328-JLB-AAS    Document 17-4    Filed 01/12/26    Page 3 of 3 PageID 466    Primo Brands Corp.

Class Period: 11/11/2024 - 11/06/2025

| Date | Shares | Price | Amount | | Shares | Amount | Loss |
|------|--------|-------|--------|---|--------|--------|------|
| 12/12/2024 | 162 | $31.80 | $5,151.15 | | | | |
| 02/03/2025 | 19 | $33.23 | $631.35 | | | | |
| 02/28/2025 | 12 | $33.18 | $398.10 | | | | |
| 02/28/2025 | 18 | $33.29 | $599.13 | | | | |
| 02/28/2025 | 274 | $33.24 | $9,108.77 | | | | |
| 03/03/2025 | 28 | $33.12 | $927.43 | | | | |
| 03/03/2025 | 407 | $33.12 | $13,480.82 | | | | |
| 03/04/2025 | 9 | $32.72 | $294.44 | | | | |
| 03/04/2025 | 19 | $32.72 | $621.60 | | | | |
| 03/11/2025 | 34 | $30.54 | $1,038.36 | | | | |
| 03/11/2025 | 1,850 | $29.50 | $54,575.00 | | | | |
| 04/04/2025 | 8 | $33.55 | $268.42 | | | | |
| 06/13/2025 | 896 | $29.56 | $26,486.57 | | | | |
| 08/25/2025 | 26 | $24.81 | $645.06 | | | | |
| 09/04/2025 | 50 | $25.20 | $1,259.99 | | | | |
| | **6,565** | | **$198,075.75** | | **6,565** | **$122,609.00** | **($75,466.75)** |
| **Movants' Total** | **59,650** | | **$1,806,287.31** | | **59,650** | **$1,094,338.37** | ***($711,948.95)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $16.10 as of January 09, 2026 for common stock.

Prices listed are rounded up to two decimal places.