# EXHIBIT E

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, Beverly Ceaser and Jeffrey Dana, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. We respectfully submit this Joint Declaration in support of the motion of Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds ("Heavy & General Laborers' Funds") and Providence Employees Retirement System ("Providence") (collectively, the "Funds and ERS"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as lead plaintiff and approval of the Funds and ERS' selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class. With regard to the information in this Joint Declaration, each of us has personal knowledge relating to the entity with which we are respectively associated.

2. I, Beverly Ceaser, am the Fund Manager of Heavy & General Laborers' Funds and am authorized to make this Joint Declaration on their behalf. Heavy & General Laborers' Funds are multi-employer defined benefit union pension funds based in Newark, New Jersey. Established in 1980, the funds provide retirement and pension benefits to members and their beneficiaries. As reflected in their Certification, Heavy & General Laborers' Funds purchased Primo Brands Corporation securities during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal securities laws. Heavy & General Laborers' Funds are familiar with the obligations and fiduciary responsibilities owed to a class and have prior experience serving as lead plaintiff in securities class actions, including as part of a small group.

3. I, Jeffrey Dana, am the City Solicitor of Providence and am authorized to make this Joint Declaration on its behalf. Providence is a public pension system organized for the benefit of current and former employees of the City of Providence, Rhode Island. As reflected in its Certification, Providence purchased Primo Brands securities directly in the March 2025 secondary

offering and during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal securities laws.  Providence is familiar with the obligations and fiduciary responsibilities owed to a class and has prior experience serving as lead plaintiff in securities class actions, including as part of a small group.

4.      We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action.  We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class.  We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed class.  We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and our principal goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and effectively prosecuted to achieve the best possible recovery for the class.

5.      In exploring their potential leadership of this action, the Funds and ERS each decided to collaborate with other sophisticated institutional investors in seeking joint lead plaintiff appointment.  We each determined that we could maximize the class's recovery by combining our experience and jointly seeking appointment as lead plaintiff.  After reviewing the allegations pleaded in the complaint and consulting with their counsel, the Funds and ERS each independently determined to seek joint appointment as lead plaintiff, and subsequently approved the filing of a joint motion seeking their appointment as lead plaintiff.

6.      Our decision to seek appointment as lead plaintiff together was informed by, *inter alia*, our comprehensive purchasing patterns, including Providence's purchases in the March 2025 secondary public offering, our shared advisors, including the investment manager responsible for

purchasing Primo Brands stock on behalf of each of our funds, the ability to combine resources, and the similar perspectives we share as fiduciaries to our respective members. As our funds are sophisticated institutional investors that incurred substantial losses as a result of the securities law violations at issue in this litigation, and together can provide broad representation to the proposed class, we determined that our joint appointment would advance the interests of the proposed class.

7.     Before filing our lead plaintiff motion, we conferred about our leadership and oversight of this litigation. We considered, among other things, the status of our proposed lead counsel's investigation, the lead plaintiff process, and our strategy to jointly prosecute this case in order to maximize the recovery for the class. Likewise, we discussed how we would facilitate future communication and collaboration so that we can continue to coordinate to exercise joint decision-making on matters pertaining to this litigation as appropriate. In light of our shared interest in recovering from the defendants in this litigation, our shared perspective as sophisticated institutional investors and managers of pension funds, and – if appointed – our shared fiduciary responsibilities to the proposed class, we anticipate arriving at joint decisions consensually.

8.     We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller to serve as Lead Counsel because of the Firm's securities litigation experience and its history successfully prosecuting securities class actions as lead counsel. We have directed the Firm to prosecute this case in the most efficient manner possible and without any duplication of services.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds are true and correct.

Executed this 12 day of January, 2026.

*Beverly Ceaser*

Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds
By: Beverly Ceaser, Fund Manager

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to Providence Employees Retirement System are true and correct.

Executed this 12 day of January, 2026.

*Jeffrey Dana*

Providence Employees Retirement System
By: Jeffrey Dana, City Solicitor
