## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br> vs. <br><br> PRIMO BRANDS CORPORATION, ROBBERT RIETBROEK, DAVID HASS, JASON AUSHER, C. DEAN METROPOULOS, KURTIS BARKER, BRITTA BOMHARD, SUSAN E. CATES, MICHAEL J. CRAMER, ERIC J. FOSS, JERRY FOWDEN, TONY W. LEE, BILLY D. PRIM, KIMBERLY REED, JOSEPH ROSENBERG, ALLISON SPECTOR, STEVEN P. STANBROOK, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, BARCLAYS CAPITAL INC., BMO CAPITAL MARKETS CORP., DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, GOLDMAN SACHS & CO. LLC, MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., WILLIAM BLAIR & COMPANY, L.L.C., DREXEL HAMILTON, LLC, LOOP CAPITAL MARKETS LLC, and TRITON WATER PARENT HOLDINGS, LP <br><br>            Defendants. | Case No. 8:25-CV-03328-JLB-AAS <br><br> Hon. John L. Badalamenti <br><br> **JOINT MOTION FOR STAY OF RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF** |

Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Plaintiff"), individually, and on behalf of all others similarly situated, and Defendants Primo Brands Corporation, David Hass, C. Dean Metropoulos, Robbert Rietbroek, Jason Ausher, Kurtis Barker, Britta Bomhard, Susan E. Cates, Michael J. Cramer, Eric J. Foss, Jerry Fowden, Tony W. Lee, Billy D. Prim, Kimberly Reed, Joseph Rosenberg, Allison Spector, Steven P. Stanbrook, and Triton Water Parent Holdings, LP ("Defendants," and together with Plaintiff, the "Parties")[1] file this Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff. The Parties request that the Court enter an Order staying Defendants' time to answer, move, or otherwise respond to any complaint in this action pending appointment of a lead plaintiff and lead counsel, and further ordering that within seven (7) days after entry of an order appointing lead plaintiff and lead counsel, the appointed lead plaintiff and defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and motion to dismiss. Good cause exists

---

[1] As of the date of the filing of this motion, counsel for Defendants Morgan Stanley & Co. LLC, BofA Securities, Inc., J.P. Morgan Securities LLC, RBC Capital Markets, LLC, Barclays Capital Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Jefferies LLC, Goldman Sachs & Co. LLC, Mizuho Securities USA LLC, TD Securities (USA) LLC, Truist Securities, Inc., William Blair & Company, L.L.C., Drexel Hamilton, LLC, and Loop Capital Markets LLC (the "Underwriter Defendants") have neither appeared nor identified themselves to counsel for the Parties.  Accordingly, pursuant to L.R. 3.01(g), the Parties respectfully request that the Court waive the duty to confer with the Underwriter Defendants prior to filing this motion.

for this request. In support, the Parties state as follows.

1.      On November 5, 2025, Plaintiff filed the above-captioned lawsuit, a putative class action alleging violations of the federal securities laws under the Securities Exchange Act of 1934, against Defendants.

2.      On December 19, 2025, Plaintiff sent Defendants waivers of service of summons, which preserve all defenses and objections, including but not limited to objections to venue or forum, except defenses and objections related to sufficiency of service, and which Defendants returned on December 31, 2025.

3.      The Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), which governs this action, provides that (i) not later than twenty days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than sixty days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which a notice is published the court shall appoint the "most adequate plaintiff" as lead plaintiff.

4.      Pursuant to 15 U.S.C § 78u-4(a)(3)(A)(i)(II), motions for appointment of lead plaintiff and lead counsel are due on or before January 12, 2026;

3

5.    The Parties anticipate that, after the resolution of motions to appoint lead plaintiff and lead counsel, the Court-appointed lead plaintiff will designate the existing Complaint as the operative complaint or file a consolidated complaint that will supersede the existing Complaint;

6.    Defendants anticipate moving to dismiss the claims asserted against them in response to the operative complaint, which triggers a stay of discovery under the PSLRA (15 U.S.C. § 78u-4(b)(3)(B));

7.    Given the special procedures specified in the PSLRA, including (i) the appointment of lead plaintiff, (ii) the designation or filing of a single consolidated complaint by the Court-appointed lead plaintiff and lead counsel, and (iii) the stay of all discovery and other proceedings during the pendency of any motion to dismiss, the Parties respectfully submit that it is unnecessary for Defendants to respond to the current Complaint.

8.    Accordingly, the Parties request that the Court enter an Order staying all deadlines for Defendants to respond to the current Complaint, and directing that within seven (7) days after entry of an order appointing lead plaintiff and lead counsel, lead plaintiff and defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), counsel for the Parties certify that they conferred with each other via email on December 18, 2025, December 19, 2025, December 31, 2025, and January 15, 2026, and all Parties consent to the relief requested herein.

Dated: January 16, 2026

/s/ Lester R. Hooker
Maya Saxena
Lester R. Hooker
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
Email: msaxena@saxenawhite.com
Email: lhooker@saxenawhite.com

Marco A. Duenas (*pro hac vice forthcoming*)
**SAXENA WHITE P.A.**
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220
Email: mduenas@saxenawhite.com

*Counsel for Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust*

Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street

/s/ Jonathan L. Williams
Colleen C. Smith (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com

Jonathan L. Williams
Christopher S. Turner (*pro hac vice forthcoming*)
Matthew J. Peters (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: christopher.turner@lw.com
Email: Jonathan.williams@lw.com
Email: matthew.peters@lw.com

*Attorneys for Primo Brands Corporation, David Hass, C. Dean Metropoulos, Robert Rietbroek, Jason Ausher, Kurtis Barker, Britta*

5

Plantation, FL 33317
Telephone: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Additional Counsel for Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust*

*Bomhard, Susan E. Cates, Michael J. Cramer, Eric J. Foss, Jerry Fowden, Tony W. Lee, Billy D. Prim, Kimberly Reed, Joseph Rosenberg, Allison Spector, Steven P. Stanbrook, and Triton Water Parent Holdings, LP*

6