# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, individually and on behalf of all others similarly situated, | Case No.: 8:25-cv-03328-JLB-AAS |

Plaintiff,

vs.

PRIMO BRANDS CORPORATION, ROBBERT RIETBROEK, DAVID HASS, JASON AUSHER, C. DEAN METROPOULOS, KURTIS BARKER, BRITTA BOMHARD, SUSAN E. CATES, MICHAEL J. CRAMER, ERIC J. FOSS, JERRY FOWDEN, TONY W. LEE, BILLY D. PRIM, KIMBERLY REED, JOSEPH ROSENBERG, ALLISON SPECTOR, STEVEN P. STANBROOK, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, BARCLAYS CAPITAL INC., BMO CAPITAL MARKETS CORP., DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, GOLDMAN SACHS & CO. LLC, MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., WILLIAM BLAIR & COMPANY, L.L.C., DREXEL HAMILTON, LLC, LOOP CAPITAL MARKETS LLC, and TRITON WATER PARENT HOLDINGS, LP,

Defendants.

Hon. John L. Badalamenti

Hon. Amanda Arnold Sansone

<u>CLASS ACTION</u>

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE FLORIDA SAFETY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

City of Miami Fire Fighters' and Police Officers' Retirement Trust, City of Orlando Firefighters' Pension Fund, and City of Orlando Police Officers' Pension Fund (collectively, the "Florida Safety Funds") respectfully submit this notice with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On January 12, 2026, the Florida Safety Funds moved to be appointed as Lead Plaintiff and to have their counsel appointed as Lead Counsel. *See* ECF No. 15.

The Private Securities Litigation Reform Act directs the Court to appoint as Lead Plaintiff the "person or group of persons" asserting the "largest financial interest in the litigation" if they also meet the typicality and adequacy prongs of Federal Rule of Civil Procedure 23 ("Rule 23"). *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I) and 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). The Florida Safety Funds have reviewed the motions seeking appointment as Lead Plaintiff pending before the Court and have determined that Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Providence Employees Retirement System (collectively, the "Funds and ERS"), *see* ECF No. 16, are the movants with the largest financial interest that also satisfy the requirements of Rule 23. The Funds and ERS's claims are typical of other Class members' claims and they will fairly and adequately represent the interests of the Class. As a result, the Funds and ERS

1

are the "most adequate plaintiff" and should be appointed to serve as Lead Plaintiff. 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I) and 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Accordingly, the Florida Safety Funds withdraw their motion and support the motion of the Funds and ERS. This notice has no impact on the Florida Safety Funds' membership in the proposed Class, and the Florida Safety Funds reserve any and all rights to share in any recovery obtained for Class members' benefit. The Florida Safety Funds remain ready, willing, and able to serve as Lead Plaintiff or as class representatives should the need arise.

Dated: January 26, 2026

Respectfully submitted,

**SAXENA WHITE P.A.**

By: /s/ *Lester R. Hooker*
Maya Saxena
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

Marco A. Dueñas
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for the Florida Safety Funds*

**KLAUSNER KAUFMAN JENSEN**

2

**& LEVINSON**
Robert D. Klausner
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for the Florida Safety
Funds*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Lester R. Hooker
Lester R. Hooker