**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PRIMO BRANDS CORPORATION, ROBBERT RIETBROEK, DAVID HASS, JASON AUSHER, C. DEAN METROPOULOS, KURTIS BARKER, BRITTA BOMHARD, SUSAN E. CATES, MICHAEL J. CRAMER, ERIC J. FOSS, JERRY FOWDEN, TONY W. LEE, BILLY D. PRIM, KIMBERLY REED, JOSEPH ROSENBERG, ALLISON SPECTOR, STEVEN P. STANBROOK, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, BARCLAYS CAPITAL INC., BMO CAPITAL MARKETS CORP., DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, GOLDMAN SACHS & CO. LLC, MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, <br><br> [Caption continued on next page] | Case No. 8:25-cv-03328-JLB-AAS <br><br> **NOTICE OF NON-OPPOSITION OF MOVANT HAMPTON ROADS SHIPPING ASSOCIATION – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION TO COMPETING MOTIONS TO APPOINT LEAD PLAINTIFF AND APPROVE OF CHOICE OF COUNSEL** <br><br> CLASS ACTION |

1

TRUIST SECURITIES, INC.,
WILLIAM BLAIR & COMPANY,
L.L.C., DREXEL HAMILTON, LLC,
LOOP CAPITAL MARKETS LLC,
and TRITON WATER PARENT
HOLDINGS, LP,

               Defendants.

On January 12, 2026, Hampton Roads Shipping Association – International Longshoremen's Association ("Movant"), pursuant to the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order: (1) appointing Movant as Lead Plaintiff; and (2) approving Movant's selection of counsel. Dkt. No. 12.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

3

Dated: January 26, 2026        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/Laurence M. Rosen
Laurence M. Rosen, Esq.,
Fla. Bar No. 0182877
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Laurence M. Rosen</u>
Laurence M. Rosen