# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CITY OF MIAMI FIRE FIGHTERS' AND
POLICE OFFICERS' RETIREMENT
TRUST, individually and on behalf of all
others similarly situated,

           Plaintiff,

vs.

PRIMO BRANDS CORPORATION,
ROBBERT RIETBROEK, DAVID HASS,
JASON AUSHER, C. DEAN
METROPOULOS, KURTIS BARKER,
BRITTA BOMHARD, SUSAN E. CATES,
MICHAEL J. CRAMER, ERIC J. FOSS,
JERRY FOWDEN, TONY W. LEE,
BILLY D. PRIM, KIMBERLY REED,
JOSEPH ROSENBERG, ALLISON
SPECTOR, STEVEN P. STANBROOK,
MORGAN STANLEY & CO. LLC, BOFA
SECURITIES, INC., J.P. MORGAN
SECURITIES LLC, RBC CAPITAL
MARKETS, LLC, BARCLAYS CAPITAL
INC., BMO CAPITAL MARKETS CORP.,
DEUTSCHE BANK SECURITIES INC.,
JEFFERIES LLC, GOLDMAN SACHS &
CO. LLC, MIZUHO SECURITIES USA
LLC, TD SECURITIES (USA) LLC,
TRUIST SECURITIES, INC., WILLIAM
BLAIR & COMPANY, L.L.C., DREXEL
HAMILTON, LLC, LOOP CAPITAL
MARKETS LLC, and TRITON WATER
PARENT HOLDINGS, LP,

           Defendants.

Case No.    8:25-cv-03328-JLB-AAS

## STIPULATION REGARDING SCHEDULE FOR ANSWERING OR MOVING TO DISMISS LEAD PLAINTIFFS' COMPLAINT

Plaintiffs Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds (the "Funds") and Providence Employees Retirement System ("ERS") (collectively, "Lead Plaintiffs") and Defendants Primo Brands Corporation, Robbert Rietbroek, David Hass, Jason Ausher, C. Dean Metropoulos, Kurtis Barker, Britta Bomhard, Susan E. Cates, Michael J. Cramer, Eric J. Foss, Jerry Fowden, Tony W. Lee, Billy D. Prim, Kimberly Reed, Joseph Rosenberg, Allison Spector, Steven P. Stanbrook, Morgan Stanley & Co. LLC, BofA Securities, Inc., J.P. Morgan Securities LLC, RBC Capital Markets, LLC, Barclays Capital Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Jefferies LLC, Goldman Sachs & Co. LLC, Mizuho Securities USA LLC, TD Securities (USA) LLC, Truist Securities, Inc., William Blair & Company, L.L.C., Drexel Hamilton, LLC, Loop Capital Markets LLC, and Triton Water Parent Holdings, LP (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the proposed order being submitted pursuant to Local Rule 7.1(a)(4) approving this stipulation.

**WHEREAS**, on November 5, 2025, Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust filed a complaint in the above-captioned securities fraud class action (the "Complaint") (ECF No. 1), asserting claims under

both the Securities Act of 1933 and the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), *see* 15 U.S.C. §78u-4 *et seq*;

**WHEREAS**, the PSLRA provides for the appointment of lead plaintiff and lead counsel, *see* 15 U.S.C. §78u-4(a)(3);

**WHEREAS**, on January 12, 2026, the undersigned counsel for the Funds and ERS filed a Motion and Incorporated Memorandum of Law for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion");

**WHEREAS**, on February 4, 2026, the Court granted the Motion;

**WHEREAS**, the Underwriter Defendants[1] have not yet been served in this action;

**WHEREAS**, on February 4, 2026, the Court directed Lead Plaintiffs to file Lead Plaintiffs' class action complaint (the "Lead Plaintiffs' Complaint") within 60 days from the date of its Order[2]; and

---

[1]    The "Underwriter Defendants" are defendants Morgan Stanley & Co. LLC; BofA Securities, Inc.; J.P. Morgan Securities LLC; RBC Capital Markets, LLC; Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Jefferies LLC; Goldman Sachs & Co. LLC; Mizuho Securities USA LLC; TD Securities (USA) LLC; Truist Securities, Inc.; William Blair & Company, L.L.C.; Drexel Hamilton, LLC; and Loop Capital Markets LLC.

[2]    The Parties read the Court's Scheduling Order as falling within the exception of Local Rule 3.02(d)(1), thereby exempting the parties from filing a case management report at this time. The Parties, instead, will file a case management report following the Court's decision on Defendants' forthcoming motion(s) to dismiss, should they be denied. If the Court disagrees, however, the Parties request leave and permission to conduct the planning conference and file a case management report within 10 days.

**WHEREAS**, the Parties met-and-conferred on February 9, 2026 and discussed a proposed schedule for the briefing of any motion to dismiss Lead Plaintiffs' Complaint, and have reached agreement on a proposed schedule for such anticipated motion(s);

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties and subject to the Court's approval, that:

1.    The Underwriter Defendants (i) hereby waive service in this action, but otherwise preserve all their respective rights, remedies, and defenses; and (ii) shall have no obligation to respond to the Complaint;

2.    Defendants shall answer or move to dismiss Lead Plaintiffs' Complaint on or before June 5, 2026;

3.    Lead Plaintiffs shall file brief(s) in opposition to Defendants' motion(s) to dismiss (if any) on or before August 4, 2026; and

4.    Defendants shall file reply briefs in support of Defendants' motion(s) to dismiss (if any) on or before September 18, 2026.

DATED:  February 26, 2026

/s/          *Kathleen B. Douglas*          /s/          *Colleen C. Smith*
Kathleen B. Douglas                     Colleen C. Smith (*pro hac vice*)
**ROBBINS GELLER RUDMAN**          **LATHAM & WATKINS LLP**
   **& DOWD LLP**

4

KATHLEEN B. DOUGLAS
Florida Bar No. 043240
SABRINA E. TIRABASSI
Florida Bar No. 0025521
ANDREW T. REES
Florida Bar No. 062247
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
kdouglas@rgrdlaw.com
stirabassi@rgrdlaw.com
arees@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

**ZAZZALI, FAGELLA, NOWAK,
    KLEINBAUM & FRIEDMAN**
ANDREW F. ZAZZALI, JR.
570 Broad Street, Suite 1402
Newark, NJ  07102
Telephone:  973/623-1822
azazzali@zazzali-law.com

**SUSANIN, WIDMAN & BRENNAN,
    P.C.**
DANIEL J. BRENNAN
1001 Old Cassatt Road, Suite 306
Berwyn, PA  19312
Telephone:  610/710-4510
dbrennan@swb.law

*Additional Counsel for Lead Plaintiffs*

COLLEEN C. SMITH
12670 High Bluff Drive
San Diego, CA  92130
Telephone:  858/523-5400
858/523-5450 (fax)
colleen.smith@lw.com

**LATHAM & WATKINS LLP**
CHRISTOPHER S. TURNER
    (*pro hac vice*)
JONATHAN L. WILLIAMS
MATTHEW J. PETERS (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  202/637-2200
202/637-2201 (fax)
christopher.turner@lw.com
jonathan.williams@lw.com
matthew.peters@lw.com

*Attorneys for Primo Brands Corporation, David Hass, C. Dean Metropoulos, Robert Rietbroek, Jason Ausher, Kurtis Barker, Britta Bomhard, Susan E. Cates, Michael J. Cramer, Eric J. Foss, Jerry Fowden, Tony W. Lee, Billy D. Prim, Kimberly Reed, Joseph Rosenberg, Allison Spector, Steven P. Stanbrook, and Triton Water Parent Holdings, LP*

5

*/s/       Jonathan Rosenberg*
Jonathan Rosenberg

**O'MELVENY & MYERS LLP**
Jonathan Rosenberg
  (*pro hac vice* forthcoming)
William J. Sushon
  (*pro hac vice* forthcoming)
Amber L. Covucci
  (*pro hac vice* forthcoming)
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
jrosenberg@omm.com
wsushon@omm.com
acovucci@omm.com
Telephone: 212/326-2000
212/326-2061 (fax)

*Attorneys for Morgan Stanley & Co. LLC, BofA Securities, Inc., J.P. Morgan Securities LLC, RBC Capital Markets, LLC, Barclays Capital Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Jefferies LLC, Goldman Sachs & Co. LLC, Mizuho Securities USA LLC, TD Securities (USA) LLC, Truist Securities, Inc., William Blair & Company, L.L.C., Drexel Hamilton, LLC, and Loop Capital Markets LLC*

6

## CERTIFICATION OF SERVICE

I certify that on February 26, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

I further caused true and correct copies of the above to be served by electronic mail to the following:

William Sushon
Jonathan Rosenberg
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY  10019
wsushon@omm.com
jrosenberg@omm.com

*Counsel for the Underwriter Defendants*

*/s/ Kathleen B. Douglas*
Kathleen B. Douglas
